**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DARION FREDERICK, )
          )
          Plaintiff, )
          )
          v. )     Civil Action No.   26-00499 (UNA)
          )
          )
UNITED STATES OF AMERICA, )
          )
          Defendant. )

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a form complaint and an application to proceed *in forma pauperis* (IFP).  For the following reasons, the court grants the IFP motion and dismisses the complaint.

Plaintiff, a resident of Silver Spring, Maryland, sues the United States for $4 trillion.  In the statement of claim section, Plaintiff writes only "written documents while present as a citizen of the United States of America; I need to be better; I need to be whole."  Compl., ECF No. 1 at 4.  His baffling Notice, ECF No. 4, is unilluminating.  Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), are frivolous actions subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).  Therefore, this case will be dismissed by separate order.

_____/s/_____
TANYA S. CHUTKAN
United States District Judge

Date: June 15, 2026